# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Peter A Kerner and Elizabeth A. Kerner     **Case Number:** 08-16054     **Ch:** 13

**MOVANT/APPLICANT/PARTIES:**

#45 Trustee's Motion to Dismiss Case
#49 Opposition by Debtors

**OUTCOME:**

\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice **#45** Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____From_____
                                Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
\_\_\_\_\_DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Hearing held.

IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Joan N. Feeney*  Dated: 02/24/2011
_____                       _____
Courtroom Deputy                             Joan N. Feeney, U.S. Bankruptcy Judge